**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

KAREN KENYON,

        Plaintiff,

v.                                                          Case No: 6:12-cv-951-Orl-36GJK

FIDELITY & GUARANTY LIFE
INSURANCE COMPANY,

        Defendant.

_____/

## ORDER

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Gregory J. Kelly on September 11, 2012 (Doc. 14). Magistrate Judge Kelly recommends denying Plaintiff Karen Kenyon's ("Plaintiff") Motion to Remand (Doc. 11), finding that the Court may properly exercise diversity jurisdiction over this action. Doc. 14, p. 5. Neither party has objected to the Report and Recommendation and the time to do so has expired.

The Court agrees with the Magistrate that Defendant Fidelity & Guaranty Life Insurance Company ("Defendant") has established that it is a citizen of Maryland. Doc. 14, p. 4. Given that the parties do no dispute that the amount in controversy exceeds $75,000, the Court may properly exercise diversity jurisdiction. 28 U.S.C. § 1332(c). Thus, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED** and **ADJUDGED** as follows:

1) The Report and Recommendation of the Magistrate Judge (Doc. 14) is **ADOPTED**, **CONFIRMED**, and **APPROVED** in all respects and is made a part of this Order for all purposes, including appellate review.

2) Plaintiff's Motion to Remand (Doc. 11) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on September 28, 2012.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**Copies furnished to:**
Counsel of Record
Unrepresented Parties
U.S. Magistrate Judge Gregory J. Kelly